IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Stacy Christine Smith               CASE NO:    6:09-bk-70458 T
                                                        Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

 COMES NOW THE COURT and finds that an order was entered in the above styled case on July 08, 2010, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of July 08, 2010.

 IT IS SO ORDERED.

Date: 09/22/2010

/s/ Richard D. Taylor
Richard D. Taylor
U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

 Marc Honey
 P O Box 1254
 Hot Springs, AR  71902

 Stacy Christine Smith
 211 Village Tower Road
 Hot Springs Village, AR  71909

 All Creditors

JN    /195